IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR201** |
| v. | |
| MIGUEL LOBANO-DIAZ, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Miguel Lobano-Diaz's ("Lobano-Diaz") Motion for Return of Seized Property (Filing No. 64). A "Disposal Notice" from the Omaha Police Department ("OPD") was also filed regarding the subject property (Filing No. 66) indicating that OPD would require a court order prior to releasing the property. Having reviewed the motion and noting that there is no objection from the government, OPD is ordered to release the following property found under RB#AS34229 seized on August 10, 2022, by the Omaha Police Department:

1. $700 in U.S. currency;

2. Tax statements to Miguel Diaz and Maria Ruiz at 4008 Wirt Street found on a shelf by the back door;

3. $315 in U.S. currency found in a wallet in Lobano-Diaz's pants pocket;

4. Paperwork, including titles from safe from safe in basement; and

5. A blue Samsung 10 cell phone from safe in basement.

Lobano-Diaz has been deported and requests that his property be returned to his son and power of attorney Ivan Lobano Ruiz. Having the considered the motion, it is hereby ordered that the above-referenced property should be released to Ivan Lobano Ruiz from the Omaha Police Department.

IT IS SO ORDERED.

Dated this 1st day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2